

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bijan Nikoopour, an individual<br><br>**Plaintiff,**<br>V.<br>Ocwen Loan Servicing, LLC, a Delaware Limited Liability Company; Western Progressive, LLC, a Delaware Limited Liability Company; Does 1-100, inclusive<br>**Defendant.** | Civil Action No. 17cv2015-MMA(WVG)<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants Ocwen's motion and dismisses Plaintiff's FAC with prejudice. See Zucco Partners LLC v. Digimarc Corp., 552 F.3d 981, 1007 (9th Cir. 2009) (noting that "where the plaintiff previously has been granted leave to amend and has subsequently failed to add the requisite particularity to its claims, the district court's discretion to deny leave to amend is particularly broad") (internal citation and quotation marks omitted).

Date: 6/15/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ R. Chapman

R. Chapman, Deputy